UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHUKUDI WOMACK ,

    Plaintiff,

v.

JOHN DAVIDS, et al.,

    Defendants.

_____/

Case No. 1:19-cv-531

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants C. Cheney, John Davids, and Heidi Washington filed a motion for partial summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 20, 2020, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 20) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Partial Summary Judgment (ECF No. 16) is GRANTED. Plaintiff's claims against Defendants Davids and Washington are DISMISSED.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Doe are DISMISSED.

For the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might raise on appeal would be frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, the Court certifies that an appeal would not be taken in good faith.

Dated:  August 21, 2020                                     /s/  Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge