UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHUKUDI WOMACK,

    Plaintiff,

v.

                                  Case No. 1:19-cv-531

JOHN DAVIDS,
                                  HONORABLE PAUL L. MALONEY

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant C. Cheney filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 25, 2021, recommending that this Court grant the motion and enter judgment[1]. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 28) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 26) is GRANTED.

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might

---

[1] Plaintiff's claims against the other defendants named in this lawsuit were dismissed by prior order of the Court (ECF No. 22).

raise on appeal would be frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, the Court certifies that an appeal would not be taken in good faith.

    A Judgment will be entered consistent with this Order.


Dated:  April 22, 2021                         /s/  Paul L. Maloney  
                                                             Paul L. Maloney  
                                                             United States District Judge