UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHUKUDI WOMACK,

    Plaintiff,

v.

JOHN DAVIDS,

    Defendant.

_____/

Case No. 1:19-cv-531

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  April 22, 2021

/s/  Paul L. Maloney
Paul L. Maloney
United States District Judge